















```
PLA    5/9/02   15:03
3:02-M -01058   USA V. TORRES
*1*
*CRCMP.*
```

FILED

02 MAY -9 AM 10: 25

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. 02 MJ 1058 |
| Plaintiff, | MATERIAL WITNESS |
| v. | Title 18, U.S.C., 3144 [Material Witness] |
| RODOLFO LOPEZ TORRES (1), ADOLFO LOPEZ GARCIA (2), JUAN PABLO GUTIERREZ JUAREZ (3), AGUSTIN RIZO LOPEZ (4), RAUL TRUJILLO RIZO (5), RAMIRO RIZO SALDANA (6), MARIA JUDITH GARCIA ZERMENO (7), ADAN ORTIZ CEJA (8) Defendants. | |

The undersigned complainant being duly sworn states:

On or about October 2001 and continuing through February 2002, as described below, the above-referenced material witnesses did witness and observe Efren AMAYA Lopez aka Pelon and/or Jaime AMAYA Lopez and/or Maria GUTIERREZ and/or Claudia MEJIA Gomez and/or Jose TORRES Cruz aka El Guanajuato and/or Ramon GARCIA Hernandez aka El Pato, presently in federal custody, conspire together and with each other and with other persons, known and unknown, to commit offenses against the United States, namely, (1) to knowingly bring to the United States undocumented aliens; and/or (2) to knowingly transport undocumented aliens; and/or (3) to harbor undocumented aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i), (ii), (iii), and (v). Each of the above

1  named Defendants while involved in a conspiracy committed the above referenced acts while knowing
2  or in reckless disregard of the fact that the aliens, including, Rodolfo LOPEZ Torres, Juan Pablo
3  GUTIERREZ Juarez, Agustin RIZO Lopez, Raul TRUJILLO Rizo, Ramiro RIZO Saldana, Maria Judith
4  GARCIA Zermeno, and Adan ORTIZ Ceja had come to, entered, and remained in the United States
5  without any legal right to be in the United States..

6      The affiant further alleges that the above-referenced material witnesses are citizens and natives
7  of Mexico with no legal right to remain in the United States, and have no apparent means of support.
8  The affiant further alleges that their presence is required as material witnesses in order to prosecute the
9  case against Efren AMAYA Lopez, Jaime AMAYA Lopez, Maria GUTIERREZ, Claudia MEJIA
10 Gomez, Jose TORRES Cruz, and Ramon GARCIA Hernandez who have been indicted in criminal case
11 number 02CR0977W, on one count of Conspiracy to Bring in, Transport and Harbor Illegal Aliens in
12 violation of 8 U.S.C. Secs. 1324 (a)(1)(A)(i), (ii), (iii) and (v)(I).

13     Therefore, the above-referenced material witnesses are material witnesses under Title 18, United
14 States Code, Section 3144.

15     The complainant states that this complaint is based on the attached statement of facts, which is
16 incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT


SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF May

2002.

_____
MAGISTRATE JUDGE

2

# AFFIDAVIT

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO )

I, Francisco Velasco, being duly sworn depose and say:

1. I am a Special Agent assigned to the Anti-Smuggling Unit, San Diego Sector. This affidavit is made in support of the material witness complaint against RODOLFO LOPEZ TORRES, ADOLFO LOPEZ GARCIA, JUAN PABLO GUTIERREZ JUAREZ, AGUSTIN RIZO LOPEZ, RAUL TRUJILLO RIZO, RAMIRO RIZO SALDANA, MARIA JUDITH GARCIA ZERMENO, and ADAN ORTIZ CEJA. I learned the following from my investigation and conversations with other agents.

2. An investigation was conducted into a large scale smuggling operation headed by Defendants Efren AMAYA Lopez aka Pelon 3605 Fairmount Avenue San Diego, CA and Jaime AMAYA Lopez 4236 50th Street Apt. 17, San Diego, CA. Defendants Maria GUTIERREZ 3605 Fairmount Avenue San Diego, CA, Claudia MEJIA Gomez 4148 Winona Avenue San Diego, CA, and Jose TORRES Cruz aka El Guanajuato 3719 Logan Avenue San Diego, CA, harbored undocumented aliens for the organization. Defendant Ramon GARCIA Hernandez aka El Pato served as a driver who regularly transported or assisted in the transportation of undocumented aliens for the organization.

3. On October 17, 2001, Rodolfo LOPEZ Torres and Adolfo LOPEZ Garcia, were two of four undocumented aliens who boarded a Lincoln bearing California license 4PVX888 at 3719 Logan Avenue, San Diego, CA. Rodolfo LOPEZ and Adolfo LOPEZ were apprehended and stated they were paying a smuggling fee between one thousand five hundred dollars to one thousand six hundred dollars each. All three identified Jose TORRES Cruz from a photo lineup as the individual who instructed two group members to get into the trunk of the vehicle that transported them north.

4. On November 21, 2001, Juan Pablo GUTIERREZ Juarez was one of four undocumented aliens apprehended in a 1995 Chevy Lumina bearing California license 4SDV979 near Temecula, CA. Juan Pablo GUTIERREZ Juarez later identified Claudia MEJIA Gomez from a photographic line up as the individual who harbored him in San Diego, CA.

3

1  5. On January 16, 2002, Agustin RIZO Lopez, Raul TRUJILLO Rizo, and Ramiro RIZO
2  Saldana were observed with Jaime AMAYA Lopez at 4236 50th Street Apt. 17, San Diego, CA. All
3  three were later observed being transported by Jaime AMAYA Lopez where they were delivered to
4  family members in San Diego, CA for a fee of three thousand dollars.
5  6. On February 4, 2002, Maria Judith GARCIA Zermeno was observed, during
6  surveillance, speaking to Maria GUTIERRREZ at 3605 Fairmount Avenue San Diego, CA where they
7  were harbored just before being apprehended. Maria Judith GARCIA Zermeno provided a statement
8  concerning her conversations with individuals later identified as Maria GUTIERREZ and Efren
9  AMAYA Lopez, involving the manner of entry into the United States and subsequent transportation
10 further north to her ultimate destination.
11 7. On February 19, 2002, Adan ORTIZ Ceja was observed, during surveillance, with Efren
12 AMAYA and Ramon GARCIA Hernandez at 3605 Fairmount Avenue San Diego, CA, where he was
13 harbored just before being apprehended. Adan ORTIZ Ceja stated that arrangements had been made for
14 him to be smuggled into the United States for twenty five hundred dollars. ORTIZ went on to say that
15 he arrived at the corner house where agents had observed him with three Hispanic males, that same
16 afternoon, including Efren AMAYA Lopez and Ramon GARCIA Hernandez. ORTIZ stated that upon
17 entering the property through a side gate he was directed by an individual later determined to be Efren
18 AMAYA Lopez, to go inside the kitchen at 3605 Fairmount Avenue.
19  ORTIZ was then directed by Efren AMAYA Lopez to go to the bottom rear unit located on the
20 same property, known to agents and described as 3605 ½ Fairmont Avenue, San Diego, California.
21 ORTIZ concluded by stating that Efren AMAYA Lopez instructed him to leave with the driver of the
22 Volkswagen.
23 //
24 //
25 //
26 //
27 //
28 //

4

8. All material witnesses, are natives and citizens of Mexico with no legal right to remain in the United States, are subject to removal and deportation proceedings as defined in Title 8, United States Code, Section 1230; and it is impractical to secure their attendance at any grand jury proceeding or any other proceeding by subpoena as set forth in 18 U.S.C. § 3144.

DATED: May 9, 2002

_____
SPECIAL AGENT

SWORN AND SUBSCRIBED TO BEFORE ME
THIS _____ OF May, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

5

# MAGISTRATE INFORMATION SHEET

MAGISTRATE CASE NUMBER  02 mg _____

1. Hg. __5/9/02__  2. AUSA __Lupe Rodriguez__  3. Mag Judge __JFS__

4. USAO# _____  Agency # __A79 154 738__

5. Def.#: __2__ of __9__  Case Agent __Special Agent F. Velasco__

Charges __18 USC 3144 Material Witness__

Def Name: __Rodolfo LOPEZ Torres__

Alias __Unknown__  Birth Date __11/25/75__

Address __2163 Fitzgerald Rd. Simi Valley, CA__

6. Arrest Date __10/17/01__  Place of Arrest __San Clemente, CA__

Agents: __Frank Velasco; Victor Sumaya__  Phone#: __2477149;7145__  Date Committed: _____

Agency __U.S. Border Patrol__  Station __Anti-Smuggling Unit__

7. Custody?  X Yes   No

8. Citizenship?   U.S.   X Mex.   Other _____

9. INS   Res   BCC   Illegal   X Other _____

Prior Deports: __None__  Prior VR's __None__

Prior Record: __None__

Drug Usage: __None__  How Evidenced? __Inteview/Record Checks__

Cash on Def? $ _____  Other Evidence? __I-213__

Agent Fact Summary: LOPEZ was arrested on 10/17/01 while being smuggled through the San Clemente, California Checkpoint. Post arrest interview confirmed that LOPEZ was harbored at 3719 Logan Avenue San Diego, CA by defendant Jose TORRES Cruz aka El Guanajuato. LOPEZ was released on his own recognizance to a family member in Los Angeles, CA and has since remained in contact with service officers. LOPEZ is illegally in the United States, has close family ties, and is not likely to abscond. Criminal history checks revealed LOPEZ has no criminal or immigration history.

Agents Info (Employment, Family, Etc _____
10. Def Atty:  Apptd   Retain
11. DEFENSE ATTORNEY _____  PHONE NUMBER _____
12. Next Court for: PE Removal Date _____ Time _____ Detention Date _____ Time _____
13. Bond Set _____
14. Mat Witnesses Custodial Status:   Custody   Not in Custody
    MATERIAL WITNESS ATTORNEY _____  PHONE NUMBER _____

Court's Order/Motions                                    Government's Notes for Bail

# MAGISTRATE INFORMATION SHEET

MAGISTRATE CASE NUMBER  02 mg

1. Hg. 5/9/02   2. AUSA Lupe Rodriguez   3. Mag Judge JFS

4. USAO# _____   Agency # A77 045 924

5. Def.#: 3 of 9   Case Agent Special Agent F. Velasco

Charges  18 USC 3144 Material Witness

Def Name: Adolfo LOPEZ Garcia

Alias Unknown   Birth Date 6/21/76

Address 2163 Fitzgerald Rd. Simi Valley, CA

6. Arrest Date 10/17/01   Place of Arrest San Clemente, CA

Agents: Frank Velasco; Victor Sumaya   Phone#: 2477149;7145   Date Committed: _____

Agency U.S. Border Patrol   Station Anti-Smuggling Unit

7. Custody?  X Yes   No

8. Citizenship?   U.S.   X Mex.   Other _____

9. INS   Res   BCC   Illegal  X Other _____

Prior Deports: None   Prior VR's One

Prior Record: None

Drug Usage: None   How Evidenced? Inteview/Record Checks

Cash on Def? $ _____   Other Evidence? I-213

Agent Fact Summary: LOPEZ was arrested on 10/17/01 while being smuggled through the San Clemente, California Checkpoint. Post arrest interview confirmed that LOPEZ was harbored at 3719 Logan Avenue San Diego, CA by defendant Jose TORRES Cruz aka El Guanajuato. LOPEZ was released on his own recognizance to a family member in Los Angeles, CA and has since remained in contact with service officers. LOPEZ is illegally in the United States, has close family ties, and is not likely to abscond. Immigration history checks revealed LOPEZ one prior voluntary departure and no criminal history.

Agents Info (Employment, Family, Etc _____

10. Def Atty:  Apptd   Retain
11. DEFENSE ATTORNEY _____   PHONE NUMBER _____
12. Next Court for: PE Removal Date _____ Time _____ Detention Date _____ Time _____
13. Bond Set _____
14. Mat Witnesses Custodial Status:   Custody   Not in Custody
    MATERIAL WITNESS ATTORNEY _____   PHONE NUMBER _____

Court's Order/Motions   Government's Notes for Bail

MAGISTRATE CASE NUMBER  02 M 6

1. Hg. 5/9/02    2. AUSA Lupe Rodriguez    3. Mag Judge JFS

4. USAO# _____    Agency # A72 998 855

5. Def.#: 4 of 9    Case Agent Special Agent F. Velasco

Charges 18 USC 3144 Material Witness

Def Name: Juan Pablo GUTIERREZ Juarez

Alias Unknown    Birth Date 6/21/76

Address 13831 Tucker Avenue Sylmar, CA 91342

6. Arrest Date 11/21/01    Place of Arrest Temecula, CA

Agents: Frank Velasco; Victor Sumaya    Phone#: 2477149;7145    Date Committed: _____

Agency U.S. Border Patrol    Station Anti-Smuggling Unit

7. Custody? X Yes    No

8. Citizenship?    U.S.    X Mex.    Other _____

9. INS    Res    BCC    Illegal    X Other _____

Prior Deports: None    Prior VR's _____

Prior Record: None

Drug Usage: None    How Evidenced? Inteview/Record Checks

Cash on Def? $ _____    Other Evidence? I-213

Agent Fact Summary: GUTIERREZ was arrested on 11/21/01 while being smuggled around the Temecula, California Checkpoint. Post arrest interview confirmed that GUTIERREZ was harbored at 4148 Winona Avenue San Diego, CA by defendant Claudia MEJIA GOMEZ aka Claudia GOMEZ Mejia. GUTIERREZ was released on his own recognizance to a family member in Los Angeles, CA and has since remained in contact with service officers. GUTIERRE is illegally in the United States, has close family ties, and is not likely to abscond. Immigration history checks revealed LOPEZ no immigration or criminal history.

Agents Info (Employment, Family, Etc _____
10. Def Atty:    Apptd    Retain
11. DEFENSE ATTORNEY _____ PHONE NUMBER _____
12. Next Court for: PE Removal Date _____ Time _____ Detention Date _____ Time _____
13. Bond Set _____
14. Mat Witnesses Custodial Status:    Custody    Not in Custody
    MATERIAL WITNESS ATTORNEY _____ PHONE NUMBER _____

Court's Order/Motions    Government's Notes for Bail

MAGISTRATE CASE NUMBER  O2MG

1. Hg. 5/6/02　　　2. AUSA Lupe Rodriguez　　3. Mag Judge JFS

4. USAO#　　　　　　　　　Agency # A79 154 533

5. Def.#: 5 of 9　　　Case Agent Special Agent F. Velasco

Charges 18 USC 3144 Material Witness

Def Name: Agustin RIZO Lopez

Alias Unknown　　　　　　　　　Birth Date 12/18/80

Address 11127 Via Rios Anza, CA 92539

Date of Arrest 1/16/02　　　Place of Arrest San Diego, CA

Agents: Frank Velasco; Victor Sumaya　　Phone#: 2477149;7145　Date Committed:

Agency U.S. Border Patrol　　Station Anti-Smuggling Unit

7. Custody? X Yes　　No

8. Citizenship?　U.S.　X Mex.　Other

9. INS　Res　BCC　Illegal　X Other

Prior Deports: None　　　　　　　Prior VR's NONE

Prior Record: None

Drug Usage: None　　　　　　How Evidenced? Inteview/Record Checks

Cash on Def? $　　　　　　Other Evidence? I-213

Agent Fact Summary: RIZO was arrested on 1/16/02 after being smuggled to San Diego, California. Post arrest interview confirmed that RIZO was harbored at 4236 50th Street San Diego, CA by defendant Jaime AMAYA Lopez aka El Aguacate. RIZO was released on his own recognizance to a family member in Riverside County, CA and has since remained in contact with service officers. RIZO is illegally in the United States, has close family ties, and is not likely to abscond. Immigration history checks revealed RIZO no immigration or criminal history.

Agents Info (Employment, Family, Etc
10. Def Atty: Apptd　Retain
11. DEFENSE ATTORNEY　　　　　　PHONE NUMBER
12. Next Court for: PE Removal Date　　　Time　　Detention Date　　Time
13. Bond Set
14. Mat Witnesses Custodial Status:　Custody　Not in Custody
　　MATERIAL WITNESS ATTORNEY　　　　PHONE NUMBER

Court's Order/Motions　　　　　　　Government's Notes for Bail

MAGISTRATE CASE NUMBER  O2 mG

1. Hg. 05/09/02     2. AUSA  Lupe Rodriguez     3. Mag Judge  JFS

4. USAO#                          Agency #  A79 154 532

5. Def.#:  6  of  9               Case Agent  Special Agent F. Velasco

Charges  18 USC 3144 Material Witness

Def Name:  Raul TRUJILLO Rizo

Alias  Unknown                                  Birth Date  9/21/76

Address  11127 Via Rios Anza, CA 92539

Date of Arrest  1/16/02            Place of Arrest  San Diego, CA

Agents:  Frank Velasco; Victor Sumaya    Phone#:  2477149;7145   Date Committed: 

Agency  U.S. Border Patrol       Station  Anti-Smuggling Unit

7. Custody?  X Yes    No

8. Citizenship?    U.S.    X Mex.    Other

9. INS    Res    BCC    Illegal  X Other

Prior Deports:  None                            Prior VR's  None

Prior Record:  None

Drug Usage:  None                  How Evidenced?  Inteview/Record Checks

Cash on Def? $                     Other Evidence?  I-213

Agent Fact Summary: TRUJILLO was arrested on 1/16/02 after being smuggled to San Diego, California. Post arrest interview confirmed that TRUJILLO was harbored at 4236 50th Street San Diego, CA by defendant Jaime AMAYA Lopez aka El Aguacate. TRUJILLO was released on his own recognizance to a family member in Riverside County, CA and has since remained in contact with service officers. TRUJILLO is illegally in the United States, has close family ties, and is not likely to abscond. Immigration history checks revealed TRUJILLO no immigration or criminal history.

Agents Info (Employment, Family, Etc
10. Def Atty:  Apptd    Retain
11. DEFENSE ATTORNEY _____ PHONE NUMBER _____
12. Next Court for: PE Removal Date _____ Time _____ Detention Date _____ Time _____
13. Bond Set
14. Mat Witnesses Custodial Status:   Custody    Not in Custody
     MATERIAL WITNESS ATTORNEY _____ PHONE NUMBER _____

Court's Order/Motions                            Government's Notes for Bail

# MAGISTRATE INFORMATION SHEET

MAGISTRATE CASE NUMBER __02 mg__

1. Hg. __5/9/02__  2. AUSA __Lupe Rodriguez__  3. Mag Judge __JFS__

4. USAO# _____  Agency # __A79 154 534__

5. Def.#: __6__ of __9__  Case Agent __Special Agent F. Velasco__

Charges __18 USC 3144 Material Witness__

Def Name: __Ramiro RIZO Saldana__

Alias __Unknown__  Birth Date __12/7/81__

Address __11127 Via Rios Anza, CA 92539__

Date of Arrest __1/16/02__  Place of Arrest __San Diego, CA__

Agents: __Frank Velasco; Victor Sumaya__  Phone#: __2477149;7145__  Date Committed: _____

Agency __U.S. Border Patrol__  Station __Anti-Smuggling Unit__

7. Custody? __X__ Yes  ___ No

8. Citizenship?  ___ U.S.  __X__ Mex.  ___ Other _____

9. INS  ___ Res  ___ BCC  ___ Illegal  __X__ Other _____

Prior Deports: __None__  Prior VR's __None__

Prior Record: __None__

Drug Usage: __None__  How Evidenced? __Inteview/Record Checks__

Cash on Def? $ _____  Other Evidence? __I-213__

Agent Fact Summary: RIZO was arrested on 1/16/02 after being smuggled to San Diego, California. Post arrest interview confirmed that RIZO was harbored at 4236 50th Street San Diego, CA by defendant Jaime AMAYA Lopez aka El Aguacate. RIZO was released on his own recognizance to a family member in Riverside County, CA and has since remained in contact with service officers. RIZO is illegally in the United States, has close family ties, and is not likely to abscond. Immigration history checks revealed RIZO no immigration or criminal history.

Agents Info (Employment, Family, Etc _____
10. Def Atty: __Apptd__  __Retain__
11. DEFENSE ATTORNEY _____ PHONE NUMBER _____
12. Next Court for: PE Removal Date _____ Time _____ Detention Date _____ Time _____
13. Bond Set _____
14. Mat Witnesses Custodial Status:  Custody  Not in Custody
    MATERIAL WITNESS ATTORNEY _____ PHONE NUMBER _____

Court's Order/Motions  Government's Notes for Bail

# MAGISTRATE INFORMATION SHEET

MAGISTRATE CASE NUMBER  02 mG

1. Hg.  5/9/02         2. AUSA  Lupe Rodriguez    3. Mag Judge  JFS

4. USAO#                              Agency #  A79 154 550

5. Def.#:  6  of  9                   Case Agent  Special Agent F. Velasco

Charges  18 USC 3144 Material Witness

Def Name:  Maria Judith GARCIA Zermeno

Alias  Unknown                                   Birth Date  6/12/80

Address  120 Saturnino Apt. 6

Date of Arrest  2/4/02         Place of Arrest  San Clemente, CA

Agents:  Frank Velasco; Victor Sumaya    Phone#:  2477149;7145   Date Committed:

Agency  U.S. Border Patrol    Station  Anti-Smuggling Unit

7. Custody?  X  Yes     No

8. Citizenship?     U.S.    X Mex.    Other

9. INS    Res    BCC    Illegal  X Other

Prior Deports:  None                              Prior VR's  None

Prior Record:  None

Drug Usage:  None                        How Evidenced?  Inteview/Record Checks

Cash on Def? $                           Other Evidence?  I-213

**Agent Fact Summary:** GARCIA was arrested on 2/4/02 while being smuggled through the San Clemente, California Checkpoint. Post arrest interview confirmed that GARCIA was harbored at 3605 Fairmount Avenue San Diego, CA by defendant Efren AMAYA Lopez nd Maria GUTIEREZ. GARCIA was released on her own recognizance to a family member in Riverside County, CA and has since remained in contact with service officers. GARCIA is illegally in the United States, has close family ties, and is not likely to abscond. Immigration history checks revealed GARCIA no immigration or criminal history.

Agents Info (Employment, Family, Etc
10. Def Atty:  Apptd    Retain
11. DEFENSE ATTORNEY _____ PHONE NUMBER _____
12. Next Court for: PE Removal Date _____ Time _____ Detention Date _____ Time _____
13. Bond Set
14. Mat Witnesses Custodial Status:  Custody    Not in Custody
    MATERIAL WITNESS ATTORNEY _____ PHONE NUMBER _____

Court's Order/Motions                           Government's Notes for Bail

MAGISTRATE INFORMATION SHEET

MAGISTRATE CASE NUMBER  02 MG

1. Hg.  5/9/02     2. AUSA  Lupe Rodriguez     3. Mag Judge  JFS

4. USAO# _____     Agency #  A79 154 561

5. Def.#:  6  of  9     Case Agent  Special Agent F. Velasco

Charges  18 USC 3144 Material Witness

Def Name:  Adan ORTIZ Ceja

Alias  Unknown     Birth Date  10/18/58

Address  22331 Elaine Avenue Hawaiian Gardens, CA 90716

Date of Arrest  2/19/02     Place of Arrest  Temecula, CA

Agents:  Frank Velasco; Victor Sumaya     Phone#:  2477149;7145     Date Committed: _____

Agency  U.S. Border Patrol     Station  Anti-Smuggling Unit

7. Custody?  X  Yes     No

8. Citizenship?     U.S.     X  Mex.     Other _____

9. INS     Res     BCC     Illegal  X  Other _____

Prior Deports:  None     Prior VR's  None

Prior Record:  None

Drug Usage:  None     How Evidenced?  Inteview/Record Checks

Cash on Def? $ _____     Other Evidence?  I-213

Agent Fact Summary: ORTIZ was arrested on 2/19/02 while being smuggled through the Temecual, California Checkpoint. Post arrest interview confirmed that ORTIZ was harbored at 3605 Fairmount Avenue San Diego, CA by defendant Efren AMAYA Lopez and Ramon GARCIA Hernandez aka Pato. ORTIZ was released on his own recognizance to a family member in Los Angeles, CA and has since remained in contact with service officers. ORTIZ is illegally in the United States, has close family ties, and is not likely to abscond. Immigration history checks revealed ORTIZ no immigration or criminal history.

Agents Info (Employment, Family, Etc _____
10. Def Atty:  Apptd     Retain _____
11. DEFENSE ATTORNEY _____ PHONE NUMBER _____
12. Next Court for: PE Removal Date _____ Time _____ Detention Date _____ Time _____
13. Bond Set _____
14. Mat Witnesses Custodial Status:     Custody     Not in Custody
     MATERIAL WITNESS ATTORNEY _____ PHONE NUMBER _____

Court's Order/Motions     Government's Notes for Bail